JS - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY KESSLER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BAY AREA CREDIT SERVICES;<br>and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 2:10-cv-01295-CAS-AGR<br><br>[~~PROPOSED~~] ORDER RE:<br>STIPULATION RE DISMISSAL OF<br>ENTIRE ACTION AND ALL<br>PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH<br>STIPULATION RE DISMISSAL OF<br>ENTIRE ACTION AND ALL<br>PARTIES, WITH PREJUDICE] |

   The Court has reviewed the Stipulation of Plaintiff NANCY KESSLER and Defendant BAY AREA CREDIT SERVICES ("BACS") to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

   1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

*Christina A. Snyder*

DATED: November 16, 2010   _____
                                        UNITED STATES DISTRICT JUDGE

---

**1**

06254.00/169085      [PROPOSED] ORDER RE STIPULATION RE DISMISSAL, etc.